IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00130-MEH-KMT

CHARLES LEATHERBURY,

    Plaintiff,

v.

MICHAEL R. LANG,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

    Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of a United States Magistrate Judge, and the case was reassigned to this Court.  Accordingly,

    IT IS ORDERED that the Order of Reference issued by Judge Miller [filed January 20, 2011; docket #2] is hereby **vacated**; and

    IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Kathleen M. Tafoya is designated to conduct proceedings in this civil action as follows:

    To convene such settlement conferences and direct related proceedings as may facilitate resolution of this case.

    IT IS FURTHER ORDERED that a Status Conference is hereby set in this matter for Wednesday, **May 25, 2011, at 9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 1929 Stout Street, Denver, Colorado.  If counsel for the parties wish to do so, they may appear at the conference by telephone by first conferencing together, then calling

my Chambers at (303) 844-4507 at the appointed time.  Otherwise, please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2B.

Dated in Denver, Colorado, this 12th day of May, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge