IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00130-MEH-KMT

CHARLES LEATHERBURY,

    Plaintiff,

v.

MICHAEL R. LANG,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice [docket #18]. The Court, having considered the Stipulation, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay his own costs and attorney's fees.

Dated in Denver, Colorado, this 28th day of July, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge